■ ALOYSIUS MLECZKO, Appellant, v. FIRESTONE TIRE AND RUBBER COMPANY OF NEW YORK et al., Respondents.— Order unanimously reversed, without

costs, and the motion for preference is granted. On this record a preference is warranted. Concur — Breitel, J. P., M. M. Frank, Valente, Stevens and Bergan, JJ.